**United States District Court**

**District of Massachusetts**

FILED
IN CLERKS OFFICE

2004 JAN 15 P 12: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

*Pereira, Felisberto Andrade.*
*A#36-684-806    Petitioner*

04-10102 WGY

Referred to Ch MJ ___ Bowler

*V*

*Joseph F. McDonough,*
*Sheriff of Plymouth County;*
*Department of Homeland Security,*
*Steven J. Farquharson, District Director,*
*Respondent*

RECEIPT # 53159
AMOUNT $ 5.00
SUMMONS ISS. _____
LOCAL RULE 4.1 _____
WAIVER OF SERV. _____
ISSUED _____
MCF OR ___ _____
BY DPTY CLK _____
DATE 1-15-04

*Application for federal writ of Habeas corpus under 28 usc 2241.*

*1. I am presently confined at the Plymouth county correctional facility.*

*2. The basis of my petition is about my continued detention by the Department of homeland security, Bureau of Immigration & Customs Enforcement.*

*3. The Department of Homeland does not have authority to detain me indefinitely, this my detention is unlawful.*

*This is because my removal cannot be completed in the near future. Zadvydas Vs Davis, 533 U.S 678(2001)*

*I was order deported on October 8, 2003. I have given the Department of Homeland Security all the information they need in order to deport me, including a valid passport, place of birth, date of birth, and the year I entered the United States.*

*My family had talked to my consulate regarding my deportation. The immigration service is the only one sitting on my deportation.*

*My Deportation is in violation of my right. My family has called and talked to the following people within the immigration services, Luis Mahar, Alex Gideoniz, Alex Green Baum, Officer Lull. And they give the same answer, He is pending removal, no date or flight has been scheduled.*
*There are available flights to my country, A valid traveling passport is in the possession of the immigration services.*

*I have exhausted everything to effectuate my deportation from the United States.*

*I also believe that my detention is unlawful according to 8 cfr 241.4.*

*I do have a guardian who is willing to support me.*

*I will avail myself to the department of Homeland Security anytime expected until my removal is immanent.*

*I am willing to abide with all the conditions imposed on me upon release.*

*I declare under penalty of perjury that the forgoing is true and correct.*

*Felisberto Andrade Pereira*

*ID#35554, Unit-E3, Rm325*

*Plymouth County Correctional facility*

*26 Long Pond rd*

*Plymouth, MA 02360*

*January 12, 2004*

*Felisberto Andrade Pereira*

```
                    IMMIGRATION COURT
               JFK FEDERAL BLDG., ROOM 320
                  BOSTON, MA  02203-0002
```

In the Matter of

PEREIRA, FELISBERTO ANDRADE
    Respondent

Case No.: A36-684-806

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Oct 8, 2003.
This memorandum is solely for the convenience of the parties. If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[X] The respondent was ordered removed from the United States to Cape Verde ~~or in the alternative to~~

[ ] Respondent's application for voluntary departure was denied and
respondent was ordered removed to
alternative to

[ ] Respondent's application for voluntary departure was granted until
_____ upon posting a bond in the amount of $_____
with an alternate order of removal to

[ ] Respondent's application for asylum was ( )granted ( )denied
( )withdrawn.

[ ] Respondent's application for withholding of removal was ( )granted
( )denied ( )withdrawn.

[ ] Respondent's application for cancellation of removal under section
240A(a) was ( )granted ( )denied ( )withdrawn.

[ ] Respondent's application for cancellation of removal was ( ) granted
under section 240A(b)(1)   ( ) granted under section 240A(b)(2)
( ) denied ( ) withdrawn. If granted, it was ordered that the
respondent be issued all appropriate documents necessary to give
effect to this order.

[ ] Respondent's application for a waiver under section _____ of the INA was
( )granted ( )denied ( )withdrawn or ( )other.

[ ] Respondent's application for adjustment of status under section _____
of the INA was ( )granted ( )denied ( )withdrawn. If granted, it
was ordered that respondent be issued all appropriate documents necessary
to give effect to this order.

[ ] Respondent's status was rescinded under section 246.

[ ] Respondent is admitted to the United States as a _____ until _____.

[ ] As a condition of admission, respondent is to post a $_____ bond.

[ ] Respondent knowingly filed a frivolous asylum application after proper
notice.

[ ] Respondent was advised of the limitation on discretionary relief for
failure to appear as ordered in the Immigration Judge's oral decision.

[ ] Proceedings were terminated.

[ ] Other: _____

Date: Oct 8, 2003
Appeal: Waived/~~Reserved~~   Appeal Due By: _____

PAUL M. GAGNON
Immigration Judge

RVG

ALIEN NUMBER: 36-694-806                              ALIEN NAME: PEREIRA, FELISBERTO ANDRADE

```
                    CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)    PERSONAL SERVICE (P)
TO: [ ] ALIEN  [M] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [ ] INS
DATE:  10-8-03      BY: COURT STAFF  _____
     Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
```

Q6

ALIEN NUMBER: 36-694-806                              ALIEN NAME: PEREIRA, FELISBERTO ANDRADE